THOMAS E. WINNER
Nevada Bar No. 5168
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ANNE MOSES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY and DOES I through X,<br><br>　　　　Defendants. | CASE NO.: 2:16-cv-01823-RFB-PAL<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between Robert E. Marshall, attorney for the Plaintiff, MELISSA MOSES, and Thomas E. Winner of the law firm of Atkin Winner & Sherrod, attorney for Defendant, GEICO GENERAL INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

　　IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///
///
///

83603 1.DOCX

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 18th day of August, 2016.

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendant

MARSHALL LAW OFFICE

Robert E. Marshall
Nevada Bar No. 4327
625 S. Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this 9th day of September, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:16-cv-01823-RFB-PAL